AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA  Derek E. Hines)                                         20-051

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  20-mj-955 |
| Steven Pennycooke | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2, 2020 _____ in the county of _____ Philadelphia _____ in the
_____ Eastern _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | On or about June 2, 2020, in Philadelphia County, in the Eastern District of Pennsylvania, defendant Steven Pennycooke knowingly possessed a firearm, that is, a black 9mm Hi-Point C9 handgun, bearing serial number P10078139, loaded with one round in the chamber and eight rounds in the magazine, the possession affected interstate commerce, and at the time of the offense, the defendant knew he had previously been convicted of a felony. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
/s/ Jeffrey Guagliardo
*Complainant's signature*

_____
Special Agent Jeffrey Guagliardo, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/08/2020 _____

_____
/s/ Timothy R. Rice
*Judge's signature*

City and state: _____ Philadelphia, PA _____

_____
The Honorable Timothy R. Rice, U.S.M.J.
*Printed name and title*