IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NOS. 20-955 |
| | | 20-956 |
| CERTAIN PERSONS | : | |

**ORDER**

      AND NOW, this 8th   day of    June   , 2020 upon application of the United States Attorney that the complaints, warrants and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaints, warrants and affidavit, and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrant to the United States Marshals Service and the FBI.  The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Derek Hines, Assistant United States Attorney.

      IT IS FURTHER ORDERED THAT the complaints, warrants and affidavit, and corresponding docket entries, shall be unimpounded immediately upon notification by the United States Attorney, or his representative, that the defendants have been arrested or upon further order of the Court.

BY THE COURT:


\_\_/s/ Timothy R. Rice_____
Hon. Timothy R. Rice
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NOS. 20-955 |
| | | 20-956 |
| CERTAIN PERSONS | : | |

**MOTION TO IMPOUND COMPLAINTS AND WARRANTS**

The United States of America, by and through its attorneys, William M. McSwain,  United States Attorney in and for the Eastern District of Pennsylvania, and Derek Hines, Assistant United States Attorney for that District, moves that the complaints, warrants and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, and, in support thereof, alleges that if the existence and content of these documents are made public prior to the arrests of the defendants there is the risk that the safety of victim/witnesses may be jeopardized, that the ongoing investigation may be compromised, and that the defendants will flee, thereby hindering the execution of the arrest warrant.

WHEREFORE, the government respectfully requests that this Court enter an order directing that the complaints, warrants and affidavit, and corresponding docket entries, in the above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except for the two certified copies of the warrant to be provided to the United States Marshal's Service and the FBI.  The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to

Derek Hines, Assistant United States Attorney, until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested.

        Respectfully submitted,

        WILLIAM M. MCSWAIN  
        United States Attorney

        /s/ Derek E. Hines  
        Derek Hines  
        Assistant United States Attorney