IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | MAGISTRATE NUMBER 20-955 |
| : | |
| STEVEN PENNYCOOKE : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Rossman D. Thompson, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the attached Entry of Appearance to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF") and/or by electronic mail upon:

Derek E. Hines
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania, 19106

*/s/ Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

DATE: June 16, 2020